UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
VICKIE S. DONOFRIO § Case No. 14-18242
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter   of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of           $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]       $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/DAVID R. BROWN_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-18242 | DRC | Judge: | Donald R Cassling | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|---|---|---|
| Case Name: | VICKIE S. DONOFRIO | | | | Date Filed (f) or Converted (c): | 05/14/2014 (f) |
| | | | | | 341(a) Meeting Date: | 06/10/2014 |
| For Period Ending: | 02/27/2015 | | | | Claims Bar Date: | 10/17/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 22W151 Glendale Terrace, Medinah, Il 60157 | 375,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash On Hand | 25.00 | 0.00 | | 0.00 | FA |
| 3. Charles Shwab Account | 131.00 | 0.00 | | 0.00 | FA |
| 4. Bloomingdale Bank & Trust Account | 128.00 | 0.00 | | 0.00 | FA |
| 5. Couch, Loveseat, Chair, Lamps, Kitchen Table And Chairs, Hou | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Misc. Books And Pictures | 25.00 | 0.00 | | 0.00 | FA |
| 7. Normal Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 8. Wedding Ring And Costume Jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 9. State Farm $100,000 Face Value - Husband Is Beneficiary Csv | 6,500.00 | 0.00 | | 0.00 | FA |
| 10. 2010 Ford Edge - Value Is For 1/2 Interest | 7,500.00 | 5,100.00 | | 4,250.00 | FA |
| 11. 2011 Ford Mustang - Value Is For 1/2 Interest | 7,000.00 | 4,300.00 | | 4,250.00 | FA |
| 12. Desktop Computer - 7 Years Old | 50.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $397,959.00 | $9,400.00 | | $8,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

After claims bar date, Trustee will review claims and file and objections thereto if necessary and then prepare the Final Report.

Initial Projected Date of Final Report (TFR): 12/15/2015     Current Projected Date of Final Report (TFR): 12/15/2015

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 14-18242 | Trustee Name: DAVID R. BROWN |
| Case Name: VICKIE S. DONOFRIO | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX2549 |
| | Checking |
| Taxpayer ID No: XX-XXX1355 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/27/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/14 | | Alexander J Donofrio<br>22 W 151 Glendale Terrace<br>Medinah, IL 60157 | Purchase equity in vehicles | | $8,500.00 | | $8,500.00 |
| | | | Gross Receipts　$8,500.00 | | | | |
| | 10 | | 2010 Ford Edge - Value Is For 1/2 Interest　$4,250.00 | 1129-000 | | | |
| | 11 | | 2011 Ford Mustang - Value Is For 1/2 Interest　$4,250.00 | 1129-000 | | | |
| 08/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $8,490.00 |
| 09/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.62 | $8,477.38 |
| 10/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.20 | $8,465.18 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.59 | $8,452.59 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.16 | $8,440.43 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.55 | $8,427.88 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.53 | $8,415.35 |

| | | |
|---|---|---|
| COLUMN TOTALS | $8,500.00 | $84.65 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $8,500.00 | $84.65 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Page Subtotals: | $8,500.00 | $84.65 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

Net $9,500.00    $84.65

Exhibit B

Page Subtotals:    $0.00    $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2549 - Checking | $8,500.00 | $84.65 | $8,415.35 |
|  | $8,500.00 | $84.65 | $8,415.35 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $8,500.00 |
| Total Gross Receipts: | $8,500.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-18242  
Debtor Name: VICKIE S. DONOFRIO  
Claims Bar Date: 10/17/2014  

Date: February 27, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | DAVID R. BROWN<br>400 SOUTH COUNTY FARM ROAD<br>WHEATON, IL 60187 | Administrative | | $0.00 | $1,600.00 | $1,600.00 |
| 100 3110 | SPRINGER BROWN, LLC<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Administrative | | $0.00 | $1,674.50 | $1,674.50 |
| 1 300 7100 | Atlas Acquisitions Llc (Hsbc Bank Nevada, N.A.)<br>294 Union St.<br>Hackensack, Nj 07601 | Unsecured | | $0.00 | $1,442.48 | $1,442.48 |
| 2 300 7100 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $8,616.37 | $8,616.37 |
| 3 300 7100 | Pnc Bank N. A.<br>Pnc Bank N.A.<br>Po Box 94982<br>Cleveland, Oh 44101 | Unsecured | | $0.00 | $10,291.28 | $10,291.28 |
| 4 300 7100 | Cavalry Spv I, Llc<br>500 Summit Lake Drive, Ste 400<br>Valhalla, Ny 10595 | Unsecured | | $0.00 | $14,364.72 | $14,364.72 |
| 5 300 7100 | Lvnv Funding, Llc Its Successors And Assigns As<br>Assignee Of Vion Holdings Llc<br>Resurgent Capital Services<br>Po Box 10587<br>Greenville, Sc 29603-0587 | Unsecured | | $0.00 | $15,247.70 | $15,247.70 |
| 6 300 7100 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>American Infosource Lp<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $0.00 | $1,978.46 | $1,978.46 |
| 7 300 7100 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>American Infosource Lp<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $0.00 | $2,721.88 | $2,721.88 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-18242  
Debtor Name: VICKIE S. DONOFRIO  
Claims Bar Date: 10/17/2014  

Date: February 27, 2015

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 8<br>300<br>7100 | Asset Acceptance Llc Assignee<br>Maryland Nat"l Bk<br>Midland Credit Management, Inc.<br>(Asset Acceptance Llc)<br>Po Box 2036<br>Warren, Mi 48090 | Unsecured | | $0.00 | $17,092.11 | $17,092.11 |
| 9A<br>300<br>7100 | Alpine Capital Investments Llc<br>C/O Markoff Law Llc<br>29 N Wacker Drive #550<br>Chicago Il 60641 | Unsecured | | $0.00 | $61,996.15 | $61,996.15 |
| 10<br>300<br>7100 | Pyod, Llc Its Successors And<br>Assigns As Assignee<br>Of Fnbm, Llc<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $0.00 | $1,434.75 | $1,434.75 |
| 11<br>300<br>7100 | Pyod, Llc Its Successors And<br>Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $0.00 | $994.73 | $994.73 |
| 9<br>400<br>4110 | Alpine Capital Investments Llc<br>C/O Markoff Law Llc<br>29 N Wacker Drive #550<br>Chicago Il 60641 | Secured | | $0.00 | $550,000.00 | $550,000.00 |
| | Case Totals | | | $0.00 | $689,455.13 | $689,455.13 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-18242
Case Name: VICKIE S. DONOFRIO
Trustee Name: DAVID R. BROWN

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 9 | Alpine Capital Investments Llc | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DAVID R. BROWN | $ | $ | $ |
| Attorney for Trustee Fees: SPRINGER BROWN, LLC | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions Llc (Hsbc Bank Nevada, N.A.) | $ | $ | $ |
| 2 | DISCOVER BANK | $ | $ | $ |
| 3 | Pnc Bank N. A. | $ | $ | $ |
| 4 | Cavalry Spv I, Llc | $ | $ | $ |
| 5 | Lvnv Funding, Llc Its Successors And Assigns As | $ | $ | $ |
| 6 | N. A. Capital One Bank (Usa) | $ | $ | $ |
| 7 | N. A. Capital One Bank (Usa) | $ | $ | $ |
| 8 | Asset Acceptance Llc Assignee Maryland Nat"l Bk | $ | $ | $ |
| 9A | Alpine Capital Investments Llc | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Pyod, Llc Its Successors And Assigns As Assignee | $ | $ | $ |
| 11 | Pyod, Llc Its Successors And Assigns As Assignee | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance                                             $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE