# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                §
                                      §
VICKIE S. DONOFRIO                    §        Case No. 14-18242
                                      §
          Debtor(s)                   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   
   219 S. Dearborn Street
   Chicago, IL  60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the Trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 4/3/2015 in Courtroom 240,

   Old Kane County Courthouse
   100 S. Third Street
   Geneva, Illinois 60134

If no objections are filed, upon entry of an Order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further Order of the Court.

Date Mailed: _____          By: _____

DAVID R. BROWN
Springer Brown, LLC
400 South County Farm Road
Suite 330
Wheaton, IL  60187

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: § | | |
| § | | |
| VICKIE S. DONOFRIO § | | Case No. 14-18242 |
| § | | |
| Debtor(s) § | | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 8,500.00 |
| and approved disbursements of | $ | 84.65 |
| leaving a balance on hand of[1] | $ | 8,415.35 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 9 | Alpine Capital Investments Llc | $ 550,000.00 | $ 550,000.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 8,415.35 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DAVID R. BROWN | $ 1,600.00 | $ 0.00 | $ 1,600.00 |
| Attorney for Trustee Fees: SPRINGER BROWN, LLC | $ 1,674.50 | $ 0.00 | $ 1,674.50 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 3,274.50 |
| Remaining Balance | $ | 5,140.85 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 136,180.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions Llc (Hsbc Bank Nevada, N.A.) | $ 1,442.48 | $ 0.00 | $ 54.45 |
| 2 | DISCOVER BANK | $ 8,616.37 | $ 0.00 | $ 325.27 |
| 3 | Pnc Bank N. A. | $ 10,291.28 | $ 0.00 | $ 388.50 |
| 4 | Cavalry Spv I, Llc | $ 14,364.72 | $ 0.00 | $ 542.27 |
| 5 | Lvnv Funding, Llc Its Successors And Assigns As | $ 15,247.70 | $ 0.00 | $ 575.60 |
| 6 | N. A. Capital One Bank (Usa) | $ 1,978.46 | $ 0.00 | $ 74.69 |
| 7 | N. A. Capital One Bank (Usa) | $ 2,721.88 | $ 0.00 | $ 102.75 |
| 8 | Asset Acceptance Llc Assignee Maryland Nat"l Bk | $ 17,092.11 | $ 0.00 | $ 645.23 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 9A | Alpine Capital Investments Llc | $ 61,996.15 | $ 0.00 | $ 2,340.37 |
| 10 | Pyod, Llc Its Successors And Assigns As Assignee | $ 1,434.75 | $ 0.00 | $ 54.16 |
| 11 | Pyod, Llc Its Successors And Assigns As Assignee | $ 994.73 | $ 0.00 | $ 37.56 |
| | Total to be paid to timely general unsecured creditors | | | $ 5,140.85 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ David R. Brown
Trustee

DAVID R. BROWN
Springer Brown, LLC
400 South County Farm Road
Suite 330
Wheaton, IL  60187

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 14-18242-DRC
Vickie S. D'Onofrio Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: corrinal      Page 1 of 2      Date Rcvd: Mar 16, 2015
                       Form ID: pdf006    Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2015.
```
db           +Vickie S. D'Onofrio,    22W151 Glendale Terrace,    Medinah, IL 60157-9690
21931537     +ALLIANCE LABORATORY PHYSICIANS LTD,    800 BIESTERFIELD RD,    Elk Grove Village, IL 60007-3361
21931536     +Alexander J. D'Onofrio,    22W151 Glendale Terrace,    Medinah, IL 60157-9690
22267762     +Alpine Capital Investments LLC,    C/O Markoff Law LLC,    29 N Wacker Drive #550,
               Chicago IL 60606-2851
22179827     +Atlas Acquisitions LLC  (HSBC Bank Nevada, N.A.),    294 Union St.,    Hackensack, NJ 07601-4303
21931543    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,    PO Box 85520,    Richmond, VA 23285)
22241242      Capital One Bank (USA), N.A.,    American InfoSource LP,    PO Box 71083,
               Charlotte, NC  28272-1083
21931547     +Chase,   PO Box 15298,    Wilmington, DE 19850-5298
21931546      Chase,   Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
21931548     +Chase Bank, USA, NA.,    131 South Dearborn Street,    5th Floor,    Chicago, IL 60603-5517
21931550     +Citi,   PO Box 6241,    Sioux Falls, SD 57117-6241
21931549      Citi,   PO Box 6500,    Sioux Falls, SD 57117-6500
21931551     +Citi Bank,    PO Box 6077,    Sioux Falls, SD 57117-6077
21931554     +HSBC,   PO Box 60578,    Los Angeles, CA 90060-0578
21931555     +Joseph D'Onofrio,    330 Margate Terrace,    Deerfield, IL 60015-3449
21931558     +Maryland National Bank,    225 N Calvert Street,    Baltimore, MD 21202-3504
21931562    #+Oac,   PO Box 371068,    Milwaukee, WI 53237-2168
22199984     +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
21931563     +PNC Bank, N.A.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
21931564     +Robert G. Markoff,    29 N. Wacker Dr.,    #550,    Chicago, IL 60606-2851
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22248608     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 17 2015 01:38:58
               Asset Acceptance LLC assignee Maryland Nat'l Bk,    Midland Credit Management, Inc.,
              (Asset Acceptance LLC),    PO Box 2036,    Warren, MI 48090-2036
21931539     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 17 2015 01:38:58     Asset Acceptance Llc,
               Po Box 1630,    Warren, MI 48090-1630
21982933     +E-mail/Text: bnc@atlasacq.com Mar 17 2015 01:38:18     Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
23053463     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Mar 17 2015 02:32:35
               Capital One Auto Finance,,    a div of Capital One, N.A. Dept,    Ascension Capital Group,
               P.O. Box 201347,    Arlington, TX 76006-1347
21931545     +E-mail/Text: bankruptcy@cavps.com Mar 17 2015 01:39:34     Cavalry Portfolio Serv,
               Po Box 27288,    Tempe, AZ 85285-7288
22206465     +E-mail/Text: bankruptcy@cavps.com Mar 17 2015 01:39:34     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
21931552     +E-mail/Text: creditonebknotifications@resurgent.com Mar 17 2015 01:38:21     Credit One Bank NA,
               PO Box 98875,    Las Vegas, NV 89193-8875
21931553      E-mail/PDF: mrdiscen@discover.com Mar 17 2015 01:35:02     Discover Financial Services,
               PO Box 15316,    Wilmington, DE 19850
22184896      E-mail/PDF: mrdiscen@discover.com Mar 17 2015 01:35:02     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
22212728      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 17 2015 01:34:59
               LVNV Funding, LLC its successors and assigns as,    assignee of Vion Holdings LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
21931556     +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 17 2015 01:35:00     Lvnv Funding Llc,
               Po Box 10497,    Greenville, SC 29603-0497
21931559     +E-mail/Text: bankruptcydpt@mcmcg.com Mar 17 2015 01:39:04     Midland Funding,
               8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
22488661     +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 17 2015 01:35:19
               PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
               Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
22488660     +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 17 2015 01:35:34
               PYOD, LLC its successors and assigns as assignee,    of FNBM, LLC,    Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 14
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21931542*    +Bank of America,    PO Box 15026,    Wilmington, DE 19850-5026
21931544*   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,    PO Box 85520,    Richmond, VA 23285)
21931557*    +Lvnv Funding Llc,    Po Box 10497,    Greenville, SC 29603-0497
21931560*    +Midland Funding,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
21931561*    +Midland Funding,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
21931538    ##+Alpine Capital Investments LLC,    29 N. Wacker Dr.,    #603,    Chicago, IL 60606-3215
21931540    ##+Bank of America,    PO Box 17054,    Wilmington, DE 19850-7054
21931541    ##+Bank of America,    PO Box 15026,    Wilmington, DE 19850-5026
                                                                                  TOTALS: 0, * 5, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: corrinal           Page 2 of 2             Date Rcvd: Mar 16, 2015
                              Form ID: pdf006          Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2015 at the address(es) listed below:
              Amy A Aronson    on behalf of Creditor    Alpine Capital Investments, LLC amyaronson@comcast.net,
               amyaronson@comcast.net
              David  Brown, ESQ    on behalf of Trustee David R Brown, ESQ dbrown@springerbrown.com,
               jkrafcisin@springerbrown.com
              David R Brown, ESQ    dbrown@springerbrown.com,    dbrown@ecf.epiqsystems.com;jill@springerbrown.com
              Joseph E Cohen    on behalf of Debtor Vickie S. D'Onofrio jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5