**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern DIVISION**

| | | |
|---|---|---|
| In re: DONOFRIO, VICKIE S. | § | Case No. 14-18242 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

David R. Brown, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: ***(without deducting any secured claims)*** | $383,459.00 | Assets Exempt: | $26,600.00 |
| Total Distributions to Claimants: | $5,140.85 | Claims Discharged Without Payment: | $321,653.52 |
| Total Expenses of Administration: | $3,359.15 | | |

3) Total gross receipts of $8,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $8,500.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $550,000.00 | $550,000.00 | $27.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $3,274.50 | $3,359.15 | $3,359.15 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $190,586.74 | $136,180.63 | $136,180.63 | $5,113.85 |
| **TOTAL DISBURSEMENTS** | $190,586.74 | $689,455.13 | $689,539.78 | $8,500.00 |

4) This case was originally filed under chapter 7 on 05/14/2014. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/01/2015

By: /s/ David R. Brown
Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2011 Ford Mustang - Value Is For 1/2 Interest | 1129-000 | $4,250.00 |
| 2010 Ford Edge - Value Is For 1/2 Interest | 1129-000 | $4,250.00 |
| **TOTAL GROSS RECEIPTS** | | **$8,500.00** |

*[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Alpine Capital Investments Llc | 4110-000 | $0.00 | $550,000.00 | $550,000.00 | $27.00 |
| | **TOTAL SECURED** | | **$0.00** | **$550,000.00** | **$550,000.00** | **$27.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | NA | NA | $84.65 | $84.65 |
| SPRINGER BROWN, LLC | 3110-000 | NA | $1,674.50 | $1,674.50 | $1,674.50 |
| DAVID R. BROWN | 2100-000 | NA | $1,600.00 | $1,600.00 | $1,600.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$0.00** | **$3,274.50** | **$3,359.15** | **$3,359.15** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions Llc (Hsbc Bank N | 7100-000 | $0.00 | $1,442.48 | $1,442.48 | $54.45 |
| 2 | DISCOVER BANK | 7100-000 | $0.00 | $8,616.37 | $8,616.37 | $325.27 |
| 3 | Pnc Bank N. A. | 7100-000 | $0.00 | $10,291.28 | $10,291.28 | $388.50 |
| 4 | Cavalry Spv I, Llc | 7100-000 | $0.00 | $14,364.72 | $14,364.72 | $542.27 |
| 5 | Lvnv Funding, Llc Its Successors An | 7100-000 | $0.00 | $15,247.70 | $15,247.70 | $575.60 |
| 6 | N. A. Capital One Bank (Usa) | 7100-000 | $0.00 | $1,978.46 | $1,978.46 | $47.69 |
| 7 | N. A. Capital One Bank (Usa) | 7100-000 | $0.00 | $2,721.88 | $2,721.88 | $102.75 |
| 8 | Asset Acceptance Llc Assignee Maryl | 7100-000 | $0.00 | $17,092.11 | $17,092.11 | $645.23 |
| 9A | Alpine Capital Investments Llc | 7100-000 | $0.00 | $61,996.15 | $61,996.15 | $2,340.37 |
| 10 | Pyod, Llc Its Successors And Assign | 7100-000 | $0.00 | $1,434.75 | $1,434.75 | $54.16 |
| 11 | Pyod, Llc Its Successors And Assign | 7100-000 | $0.00 | $994.73 | $994.73 | $37.56 |
| N/F | ALLIANCE LABORATORY PHYSICIANS LTD | 7100-000 | $77.00 | NA | NA | $0.00 |
| N/F | Capital One | 7100-000 | $2,176.00 | NA | NA | $0.00 |
| N/F | Bank of America | 7100-000 | $48,475.00 | NA | NA | $0.00 |
| N/F | Bank of America | 7100-000 | $13,503.00 | NA | NA | $0.00 |
| N/F | Alpine Capital Investments LLC | 7100-000 | $47,897.74 | NA | NA | $0.00 |
| N/F | Bank of America | 7100-000 | $19,034.00 | NA | NA | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Discover Financial Services | 7100-000 | $8,616.00 | NA | NA | $0.00 |
| N/F | PNC Bank, N.A. | 7100-000 | $10,291.00 | NA | NA | $0.00 |
| N/F | Chase Cardmember Service | 7100-000 | $14,365.00 | NA | NA | $0.00 |
| N/F | Maryland National Bank | 7100-000 | $17,092.00 | NA | NA | $0.00 |
| N/F | HSBC | 7100-000 | $1,429.00 | NA | NA | $0.00 |
| N/F | Chase | 7100-000 | $5,681.00 | NA | NA | $0.00 |
| N/F | Capital One | 7100-000 | $1,950.00 | NA | NA | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$190,586.74** | **$136,180.63** | **$136,180.63** | **$5,113.85** |

Exhibit 8



# Form 1
# Individual Estate Property Record and Report
# Asset Cases

**Case No.:** 14-18242
**Case Name:** DONOFRIO, VICKIE S.
**For Period Ending:** 07/01/2015

**Trustee Name:** (330580) David R. Brown
**Date Filed (f) or Converted (c):** 05/14/2014 (f)
**§ 341(a) Meeting Date:** 06/10/2014
**Claims Bar Date:** 10/17/2014

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 22W151 Glendale Terrace, Medinah, Il 60157 | 375,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash On Hand | 25.00 | 0.00 | | 0.00 | FA |
| 3 | Charles Shwab Account | 131.00 | 0.00 | | 0.00 | FA |
| 4 | Bloomingdale Bank & Trust Account | 128.00 | 0.00 | | 0.00 | FA |
| 5 | Couch, Loveseat, Chair, Lamps, Kitchen Table And | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Misc. Books And Pictures | 25.00 | 0.00 | | 0.00 | FA |
| 7 | Normal Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 8 | Wedding Ring And Costume Jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 9 | State Farm $100,000 Face Value - Husband Is Bene | 6,500.00 | 0.00 | | 0.00 | FA |
| 10 | 2010 Ford Edge - Value Is For 1/2 Interest | 7,500.00 | 5,100.00 | | 4,250.00 | FA |
| 11 | 2011 Ford Mustang - Value Is For 1/2 Interest | 7,000.00 | 4,300.00 | | 4,250.00 | FA |
| 12 | Desktop Computer - 7 Years Old | 50.00 | 0.00 | | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases



**Case No.:** 14-18242
**Case Name:** DONOFRIO, VICKIE S.

**For Period Ending:** 07/01/2015

**Trustee Name:** (330580) David R. Brown
**Date Filed (f) or Converted (c):** 05/14/2014 (f)
**§ 341(a) Meeting Date:** 06/10/2014
**Claims Bar Date:** 10/17/2014

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | Post-Petition Interest Deposits (u) | Unknown | Unknown | | 0.00 | Unknown |
| | **Assets** **Totals** (Excluding unknown values) | **$397,959.00** | **$9,400.00** | | **$8,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

After claims bar date, Trustee will review claims and file and objections thereto if necessary and then prepare the Final Report. [MSpringer 2014-10-03 17:26:05]

**Initial Projected Date Of Final Report (TFR):** 12/15/2015 **Current Projected Date Of Final Report (TFR):** 03/03/2015

Exhibit 9

Page: 3

# Form 2

# Cash Receipts And Disbursements Record

**Case No.:** 14-18242
**Case Name:** DONOFRIO, VICKIE S.
**Taxpayer ID #:** **-***1355
**For Period Ending:** 07/01/2015

**Trustee Name:** David R. Brown (330580)
**Bank Name:** The Bank of New York Mellon
**Account #:** **********2549 - Checking Checking
**Blanket Bond (per case limit):** $77,173,558.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/08/2014 | | Alexander J Donofrio | Purchase equity in vehicles | | 8,500.00 | | 8,500.00 |
| | {10} | Alexander J Donofrio | Purchase equity in vehicles $4,250.00 | 1129-000 | | | 8,500.00 |
| | {11} | Alexander J Donofrio | Purchase equity in vehicles $4,250.00 | 1129-000 | | | 8,500.00 |
| 08/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 10.00 | 8,490.00 |
| 09/08/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 12.62 | 8,477.38 |
| 10/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 12.20 | 8,465.18 |
| 11/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 12.59 | 8,452.59 |
| 12/05/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 12.16 | 8,440.43 |

Exhibit 9
Page: 4

# Form 2

## Cash Receipts And Disbursements Record

**Case No.:** 14-18242
**Case Name:** DONOFRIO, VICKIE S.
**Taxpayer ID #:** **-***1355
**For Period Ending:** 07/01/2015

**Trustee Name:** David R. Brown (330580)
**Bank Name:** The Bank of New York Mellon
**Account #:** **********2549 - Checking Checking
**Blanket Bond (per case limit):** $77,173,558.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check or Ref. #** | **Paid To / Received From** | **Description of Transaction** | **Uniform Tran. Code** | **Deposit $** | **Disbursement $** | **Account Balance** |
| 01/08/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 12.55 | 8,427.88 |
| 02/06/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 12.53 | 8,415.35 |
| 04/17/2015 | | The Bank of New York Mellon | Transfer to Rabobank, N.A. | 9999-000 | | 8,415.35 | 0.00 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **COLUMN TOTALS** | **8,500.00** | **8,500.00** | **$0.00** |
| Less: Bank Transfers/CDs | 0.00 | 8,415.35 | |
| **Subtotal** | **8,500.00** | **84.65** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$8,500.00** | **$84.65** | |

# Form 2

# Cash Receipts And Disbursements Record

**Case No.:** 14-18242
**Case Name:** DONOFRIO, VICKIE S.
**Taxpayer ID #:** **-***1355
**For Period Ending:** 07/01/2015

**Trustee Name:** David R. Brown (330580)
**Bank Name:** Rabobank, N.A.
**Account #:** ******3166 - Checking Checking Account
**Blanket Bond (per case limit):** $77,173,558.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check or Ref. #** | **Paid To / Received From** | **Description of Transaction** | **Uniform Tran. Code** | **Deposit $** | **Disbursement $** | **Account Balance** |
| 04/17/2015 | | Rabobank, N.A. | Transfer from The Bank of New York Mellon | 9999-000 | 8,415.35 | | 8,415.35 |
| 04/30/2015 | 10101 | DAVID R. BROWN | Dividend paid 100.00% on $1,600.00 \| Claim # FEE \| Filed: $1,600.00 | 2100-000 | | 1,600.00 | 6,815.35 |
| 04/30/2015 | 10102 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $1,674.50 \| Filed: $1,674.50 | 3110-000 | | ! 1,674.50 | 5,140.85 |
| 04/30/2015 | 10103 | Atlas Acquisitions Llc (Hsbc Bank N | Dividend paid 3.77% on $1,442.48 \| Claim # 1 \| Filed: $1,442.48 | 7100-000 | | 54.45 | 5,086.40 |
| 04/30/2015 | 10104 | DISCOVER BANK | Dividend paid 3.78% on $8,616.37 \| Claim # 2 \| Filed: $8,616.37 | 7100-000 | | 325.27 | 4,761.13 |
| 04/30/2015 | 10105 | Pnc Bank N. A. | Dividend paid 3.78% on $10,291.28 \| Claim # 3 \| Filed: $10,291.28 | 7100-000 | | 388.50 | 4,372.63 |
| 04/30/2015 | 10106 | Pyod, Llc Its Successors And Assign | Dividend paid 3.77% on $1,434.75 \| Claim # 10 \| Filed: $1,434.75 | 7100-000 | | 54.16 | 4,318.47 |
| 04/30/2015 | 10107 | Pyod, Llc Its Successors And Assign | Dividend paid 3.78% on $994.73 \| Claim # 11 \| Filed: $994.73 | 7100-000 | | 37.56 | 4,280.91 |
| 04/30/2015 | 10108 | Cavalry Spv I, Llc | Dividend paid 3.78% on $14,364.72 \| Claim # 4 \| Filed: $14,364.72 | 7100-000 | | 542.27 | 3,738.64 |

# Form 2

## Cash Receipts And Disbursements Record

**Case No.:** 14-18242
**Case Name:** DONOFRIO, VICKIE S.
**Taxpayer ID #:** **-***1355
**For Period Ending:** 07/01/2015

**Trustee Name:** David R. Brown (330580)
**Bank Name:** Rabobank, N.A.
**Account #:** ******3166 - Checking Checking Account
**Blanket Bond (per case limit):** $77,173,558.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/30/2015 | 10109 | Lvnv Funding, Llc Its Successors An | Dividend paid 3.78% on $15,247.70 \| Claim # 5 \| Filed: $15,247.70 | 7100-000 | | 575.60 | 3,163.04 |
| 04/30/2015 | 10110 | N. A. Capital One Bank (Usa) | Dividend paid 2.41% on $1,978.46 \| Claim # 6 \| Filed: $1,978.46 | 7100-000 | | 47.69 | 3,115.35 |
| 04/30/2015 | 10111 | N. A. Capital One Bank (Usa) | Dividend paid 3.78% on $2,721.88 \| Claim # 7 \| Filed: $2,721.88 | 7100-000 | | 102.75 | 3,012.60 |
| 04/30/2015 | 10112 | Asset Acceptance Llc Assignee Maryl | Dividend paid 3.78% on $17,092.11 \| Claim # 8 \| Filed: $17,092.11 | 7100-000 | | 645.23 | 2,367.37 |
| 04/30/2015 | 10113 | Alpine Capital Investments Llc | Dividend paid 3.78% on $61,996.15 \| Claim # 9A \| Filed: $61,996.15 | 7100-000 | | 2,340.37 | 27.00 |
| 06/11/2015 | 10114 | Alpine Capital Investments Llc | Dividend paid 0.00% on $550,000.00 \| Claim # 9 \| Filed: $550,000.00 | 4110-000 | | 27.00 | 0.00 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **COLUMN TOTALS** | **8,415.35** | **8,415.35** | **$0.00** |
| Less: Bank Transfers/CDs | 8,415.35 | 0.00 | |
| **Subtotal** | **0.00** | **8,415.35** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$8,415.35** | |

# Form 2

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 14-18242 | **Trustee Name:** | David R. Brown (330580) |
| **Case Name:** | DONOFRIO, VICKIE S. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***1355 | **Account #:** | ******3166 - Checking Checking Account |
| **For Period Ending:** | 07/01/2015 | **Blanket Bond (per case limit):** | $77,173,558.00 |
| | | **Separate Bond (if applicable):** | N/A |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCES** |
|---|---|---|---|
| ***********2549 - Checking Checking | $8,500.00 | $84.65 | $0.00 |
| ******3166 - Checking Checking Account | $0.00 | $8,415.35 | $0.00 |
| | **$8,500.00** | **$8,500.00** | **$0.00** |